# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| THELMA PETNO, | |
| Plaintiff, | |
| v. | CV 223-031 |
| NICHOLAS BURIST, et al., | |
| Defendants. | |

## ORDER

Before the Court is a Motion to Drop and Dismiss Defendant Wesco Insurance Company ("Wesco") without prejudice, filed by Plaintiff Thelma Petno. Dkt. No. 23. No other Defendant has objected to the motion.

After consideration, and for good cause shown, the Court **GRANTS** the Consent Motion to Drop and Dismiss. Accordingly, the Court **DISMISSES without prejudice** all claims against Wesco. The Clerk is **DIRECTED** to terminate Wesco as a party to this action.

**SO ORDERED**, this 14 day of June, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA