# In the United States District Court
## for the Southern District of Georgia
## Brunswick Division

THELMA PETNO,

    Plaintiff,

    v.                                            2:23-CV-31

NICHOLAS BURIST, et al.,

    Defendants.

## ORDER

Pending before the Court is a motion to dismiss filed by Defendant Unigroup, C.A.  Dkt. No. 140.  The basis for the motion is a lack of subject matter jurisdiction.  See id.  The parties have been given forty-five days within which to conduct limited jurisdictional discovery needed to address Defendant Unigroup's motion.  Dkt. No. 149.  In the meantime, the Court **STAYS** consideration of the motion to dismiss.  Within fourteen days of completion of the jurisdictional discovery period, Plaintiff is **ORDERED** to file a status report informing the Court whether she contests the motion to dismiss.

    **SO ORDERED**, this 26 day of September, 2024.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA