# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| THELMA PETNO,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BURIST, et al.,<br><br>Defendants. | 2:23-cv-031 |
| RAYMOND E. TIPTON<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BURIST, et al.,<br><br>Defendants. | 2:23-cv-033 |

**ORDER**

Before the Court are Plaintiffs Thelma Petno and Raymond Tipton's motions to consolidate these two cases for trial purposes.[1] No party has opposed the motion in either case. After consideration, and for good cause shown, the motions are **GRANTED**. These two cases are hereby consolidated for trial purposes. Accordingly, the consolidated pretrial conference will be held January 5, 2027 at 1:30 p.m., and the consolidated jury trial will

[1] Case No. 2:23-cv-31 (Dkt. No. 281), Case No. 2:23-cv-33 (Dkt. No. 273).

begin January 26, 2027 at 9 a.m., both at the federal courthouse in Brunswick, Georgia.

**SO ORDERED**, this 9 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA